# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| STATE OF WASHINGTON, | ) | No. 69138-4-I |
| Respondent, | ) | |
| | ) | |
| v. | ) | DIVISION ONE |
| | ) | |
| DONNELL TIMOTHY WILLIAMS, | ) | UNPUBLISHED OPINION |
| | ) | |
| Appellant. | ) | FILED: MAR 0 4 2013 |

PER CURIAM. Donnell Williams challenges his guilty plea to third degree assault and unlawful imprisonment. His court-appointed attorney has filed a motion to withdraw on the ground that there is no basis for a good faith argument on review. Pursuant to State v. Theobald, 78 Wn.2d 184, 470 P.2d 188 (1970), and Anders v. California, 386 U.S. 738, 18 L. Ed. 2d 493, 87 S. Ct. 1396 (1967), the motion to withdraw must:

> (1) be accompanied by a brief referring to anything in the record that might arguably support the appeal. (2) A copy of counsel's brief should be furnished the indigent and (3) time allowed him to raise any points that he chooses; (4) the court-not counsel-then proceeds, after a full examination of all the proceedings, to decide whether the case is wholly frivolous.

Theobald, 78 Wn.2d at 185 (quoting Anders, 386 U.S. at 744).

This procedure has been followed. Williams's counsel on appeal filed a brief with the motion to withdraw. Williams was served with a copy of the brief and informed of his right to file a statement of additional grounds for review. Williams did file a supplemental brief.

The material facts are accurately set forth in counsel's brief in support of the motion to withdraw. The court has reviewed the briefs filed in this court and has independently reviewed the entire record. The court specifically considered the following potential issues raised by counsel:

(1) Did the trial court accurately calculate Williams's offender score?

(2) Was Williams denied effective assistance of counsel?

(3) Was Williams the victim of institutional racism?

(4) Was Williams denied his right to proceed pro se?

The court also considered the following issues raised by Williams in his statement of additional grounds on review:

(1) Did Williams receive credit for jail time served in Wisconsin?

The issues raised by Williams and his counsel are wholly frivolous. The motion to withdraw is granted and the appeal is dismissed.

For the court:

Cox, J.